IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN ZIMMERMAN, et al., | : |
| | : CIVIL ACTION |
| Plaintiffs, | : NO. 1:06-CV-01893 |
| | : (Judge Sylvia H. Rambo) |
| vs. | : |
| | : ELECTRONICALLY FILED |
| CRAIG SHEAFFER, et al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, this 18th day of December, 2009, it is hereby STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the Plaintiff Matthew Burns's claims against any and all Defendants in the above-referenced matter are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

It is FURTHER STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Defendant Barry Kearns's claims against Plaintiff Matthew Burns in the above-referenced matter are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

| | |
|---|---|
| /s/ | /s/ |
| Susan L. Burke | David J. MacMain |
| BURKE O'NEILL, LLC | Timothy J. Kepner |
| 1718 20th Street, N.W. | LAMB MCERLANE PC |
| Washington, D.C. 20009 | 24 East Market Street, Box 565 |
| **Attorneys for Plaintiffs** | West Chester, PA 19381-0565 |
| | **Attorneys for Defendants** |

## **ORDER**

AND NOW, this _____ day of _____, 20___, the foregoing Stipulation of Dismissal with Prejudice is hereby **APPROVED**.

BY THE COURT:

_____
The Honorable Sylvia H. Rambo